PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 MAY 16 AM 9:11

CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. LAQUITA BOYLAND-JONES          Docket No. 2:04CR20120-01DUO

### Petition on Probation and Supervised Release

**COMES NOW NICOLE D. PETERSON, PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Laquita Boyland-Jones__ who was placed on supervision by the Honorable Samuel H. Mays, Jr. sitting in the Court at Memphis, TN, on the 31st day of August, 2004, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1) The defendant shall serve six (6) months halfway house confinement where defendant can receive drug abuse treatment.

(2) The defendant shall participate as directed in a program approved by the Probation Officer for treatment of narcotic addiction...

(3) The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer.

(4) The defendant shall be prohibited from incurring new credit charges...

(5) The defendant shall provide the Probation Officer access to any requested financial information.

(6) The defendant shall pay restitution in regular monthly installments of not less than 10% of the defendant's gross monthly income.

* Term of Supervised Release began on September 30, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Boyland-Jones failed to satisfy the special condition regarding six (6) months halfway house confinement in that on January 12, 2005, she was discharged from Diersen Charities for non-compliance.

**PRAYING THAT THE COURT WILL ORDER** the conditions of supervision be modified requiring Ms. Boyland-Jones to complete a five (5) month period of home confinement (electronic monitoring).

| ORDER OF COURT | RESPECTFULLY, |
|---|---|
| Considered and ordered this 13th day of May, 2005, and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _____<br>NICOLE D. PETERSON<br>United States Probation Officer<br><br>Place: Memphis, Tennessee<br><br>Date: April 20, 2005 |

## United States District Court

<u>WESTERN</u> **District** <u>TENNESSEE</u>

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall complete a five (5) month period of Home Confinement (Electronic Monitoring).

Witness: _____
NICOLE D. PETERSON
U. S. Probation Officer

Witness: _____
JOHNETTA NORMAN, Supervising
U. S. Probation Officer

Signed: _____
LAQUITA BOYLAND-JONES
Probationer/Supervised Releasee

3-18-05
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CR-20120 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Laquita Boyland-Jones
1166 Fiber Rd.
Memphis, TN 38109

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT