# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | | |
| | * | | |
| vs. | * | CR. NO. | 2:04cr20120-Ma |
| | * | | |
| LAQUINTA BOYLAND-JONES | * | | |

FILED BY _____ D.C.

05 DEC 29 PM 2: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On December 21, 2005, **LaQuinta Boyland-Jones** appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. The defendant had previously been advised of her rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976) and United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733 (1976).

Accordingly, defendant, **LaQuinta Boyland-Jones** is held to a final revocation hearing before United States District Judge **Samuel H. Mays, Jr.** It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b), (c), and will see that appropriate notices are given.

IT IS SO ORDERED this 29 day of December, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-30-05_

4/1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20120 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT